UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| WESLEY LEON BETHEA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | |
| T. BISSETTE, CITY OF WILSON, BENNY ) | 5:25-CV-149-BO-BM |
| BOYKIN, and CALVIN WOODARD, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Decision by Court.**
This matter comes before the Court on the memorandum and recommendation ("M&R") of Magistrate Judge Brian S. Meyers [DE 4].

**IT IS ORDERED, ADJUDGED AND DECREED** that the M&R [DE 4] is ADOPTED IN FULL. The Plaintiff's motion for leave to proceed *in forma pauperis* [DE 2] is DENIED, and the complaint is DISMISSED WITHOUT PREJUDICE.

This case is closed.

**This judgment filed and entered on June 3, 2025, and served on:**
Wesley Leon Bethea (via CM/ECF NEF)

June 3, 2025

PETER A. MOORE, JR., CLERK

 /s/ Lindsay Stouch
By: Deputy Clerk